**440 SMITH vs. CIRCUIT JUDGE (Ionia), 39 M., 122.**

To compel respondent to enter an order requiring a commissioner to return proofs taken before him, which the com-

missioner withheld because complainant had not paid the expenses of the cross-examination.

Granted June 19, 1878.